UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTUMN CAROLYN JONES,

Plaintiff,

v.

INDUSTRIOUS NATIONAL MANAGEMENT COMPANY LLC,

Defendant.

25-CV-7536 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Oral argument will be held on Defendant's pending motion to dismiss on August 19, 2026, at 9:00 a.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: August 3, 2026
New York, New York

Ronnie Abrams
United States District Judge