LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

August 6, 2026

VIA ECF
The Honorable Ronnie Abrams, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: Jones v. Industrious National Management Company LLC,
No. 1:25-cv-07536 (RA)

Dear Judge Abrams:

This firm represents the Plaintiff. We submit this letter, with Defendant's consent, to request the August 19, 2026, 9:00 a.m. oral argument on Defendant's motion to dismiss be adjourned to a date after September 7.

Plaintiff makes this request because I will be out of town through Labor Day. When stating I am available on August 19, I mistakenly believed oral argument would be virtual. I apologize for the inconvenience and greatly appreciate the Court's consideration of this request.

This is the first request to adjourn the conference. If granted, it would not affect any other dates or deadlines.

We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: All Counsel of Record (via ECF)

The Court is amenable to holding the August 19, 2026 oral argument remotely via Microsoft Teams. Members of the public may listen by calling +1 646-453-4442, conference code 941415787. The Court will send the parties the video conference link prior to the hearing.

SO OFFERED.

______________________
Hon. Ronnie Abrams
August 7, 2026