UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTUMN CAROLYN JONES,

Plaintiff,

v.

INDUSTRIOUS NATIONAL MANAGEMENT COMPANY LLC,

Defendant.

25-CV-7536 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court today held oral argument in the above captioned action on Defendant's motion to dismiss the First Amended Complaint. Plaintiff agreed to withdraw that pleading and file a Second Amended Complaint, attempting to address pleading deficiencies discussed during argument. The parties agreed on the following briefing schedule:

- Plaintiff shall file a Second Amended Complaint by September 3, 2026. Plaintiff shall also file a redline showing changes from the First Amended Complaint.
- Defendant shall file a renewed motion to dismiss by October 5, 2026.
- Plaintiff shall file her opposition to the renewed motion by November 5, 2026.
- Defendant shall reply, should it seek to do so, by November 23, 2026.

Defendant's motion to dismiss is thus denied as moot. The Clerk of Court is respectfully directed to close the motions pending at Docket Number 9 and 16.

SO ORDERED.

Dated: August 20, 2026
New York, New York

Ronnie Abrams
United States District Judge